USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **MEMORANDUM ENDORSED** |
| -v.- | JUDGMENT OF FORFEITURE |
| $124,576.57 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT IN JP MORGAN CHASE ACCOUNT 828115775, HELD IN THE NAME OF TINGLEY SYSTEMS, INC., | 22 Civ. 7079 (GHW) |
| JP MORGAN CASHIER'S CHECK 9551009098 IN THE AMOUNT OF $412,000, MADE PAYABLE TO "FELICIANO APPRAISAL SERVICES", | |
| $320,000 IN UNITED STATES CURRENCY REPRESENTING THE FUNDS ASSOCIATED WITH JP MORGAN CASHIER'S CHECK 9551009099, MADE PAYABLE TO "SMILE DENTAL LAB LLC", | |
| $631,127.31 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT IN BANK OF AMERICA ACCOUNT 518010647246, HELD IN THE NAME SHERRY LYNN MORLEY, and | |
| $316,116.00 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT IN BANK OF AMERICA ACCOUNT 518010823426, HELD IN THE NAME SHERRY'S INVESTMENT FIRMS, | |
| Defendants-*in-rem*. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about August 19, 2022, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the Defendants-*in-rem*, by the filing of a Verified Civil Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that the

Defendants-*in-rem* are subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(A), 981(a)(1)(C) and 984;

WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on October 1, 2022, through October 30, 2022, and proof of such publication was filed with the Clerk of this Court on December 6, 2022 (D.E. 4); and

WHEREAS, no claims or answers have been filed or made in this action, no parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendants-*in-rem* shall be, and the same hereby are, forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Defendants-*in-rem*, according to law.

Dated: New York, New York
       December 6, 2022

_____
GREGORY H. WOODS
United States District Judge