```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                               :
UNITED STATES OF AMERICA,                  :
                                                                               :
                                                    Plaintiff,     :          1:22-cv-7079-GHW
                                                                               :
                          -v -                                           :                 <u>ORDER</u>
                                                                               :
$124,576.57 IN UNITED STATES CURRENCY   :
FORMERLY ON DEPOSIT IN JP MORGAN       :
CHASE ACCOUNT 828115775, HELD IN THE   :
NAME OF TINGLEY SYSTEMS, INC., *et al.*,      :
                                                                               :
                                                        Defendants.   :
                                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       By separate order, the Court has entered a Judgment of Forfeiture in this case. The Clerk of Court is hereby directed to terminate all pending motions and to close this case.

       SO ORDERED.

Dated: December 6, 2022
         New York, New York

                                                             _____
                                                                      GREGORY H. WOODS
                                                                 United States District Judge